# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BRYAN FRANKEL and
HELEN PANTUSO,

      Plaintiffs,

v.                                                    Case No: 8:13-cv-799-T-30TGW

AMERICAN MANAGED CARE, LLC,

      Defendant.

_____

## **ORDER**

Before the Court is Defendant's Suggestion of Bankruptcy (Dkt. #8).  In view of the fact that the Defendant has filed bankruptcy, this matter should be stayed. Accordingly, it is

ORDERED that:

1.      The Clerk is directed to administratively CLOSE this case.

2.      The Plaintiffs may move to reopen this case within fifteen (15) days after they obtain from the Bankruptcy Court a lifting of the automatic stay.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of April, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-799 BK stay 8.docx