**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRYAN FRANKEL and
HELEN PANTUSO,

    Plaintiffs,

v.                                                          Case No: 8:13-cv-799-T-30TGW

AMERICAN MANAGED CARE, LLC,

    Defendant.
_____

**ORDER**

    THIS CAUSE comes before the Court upon the Plaintiffs' Motion to Refer Case to Bankruptcy Court (Dkt. #10). The referral of this case is automatic under this district court's general order of reference entered on February 22, 2012. *See In re: Standard Order of Reference Cases Arising Under Title 11, United States Code*, Case No. 6:12-mc-26-ACC. Plaintiffs' administrative expense claims are considered core matters covered by the general order of reference. Upon review and consideration, it is therefore

    ORDERED AND ADJUDGED that:

    1.    The Plaintiffs' Motion to Refer Case to Bankruptcy Court (Dkt. #10) is DENIED as moot.

    2.    This case remains administratively closed.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of April, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2013\13-cv-799 refer to BK court.docx